UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONEL FLORES (A-Number: 078-061-329),<br><br>Petitioner,<br><br>v.<br><br>WARDEN OF THE CALIFORNIA CITY DETENTION FACILITY, et al.,<br><br>Respondents. | No. 1:26-cv-00761-KES-EPG (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING PETITION FOR WRIT OF HABEAS CORPUS, AND DIRECTING RESPONDENTS TO PROVIDE AN INDIVIDUALIZED BOND HEARING<br><br>Docs. 1, 16 |

Petitioner Leonel Flores is an immigration detainee proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 6, 2026, the assigned magistrate judge issued findings and recommendations that recommended granting the petition and directing respondents to provide petitioner with a bond hearing.  Doc. 16.  The findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen days after service.  On April 16, 2026, respondents filed a one-sentence objection, objecting "[f]or the reasons set forth in Respondents' prior filing."  Doc. 17.[1]

---

[1] Respondents also note that the parties completed briefing petitioner's appeal at the Board of Immigration Appeals, but they do not provide any argument as to how this would bear on the analysis.  *See* Doc. 17.

1

In accordance with 28 U.S.C. § 636(b)(1), the Court reviewed the matter de novo. Having carefully reviewed the file, including respondents' objections, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

The Court ORDERS:

1. The findings and recommendations issued on April 6, 2026, Doc. 16, are ADOPTED in full.

2. The petition for writ of habeas corpus is GRANTED.

3. Respondents are ORDERED to provide petitioner Leonel Flores (A-Number: 078-061-329) with a bond hearing before an immigration judge to be held within THIRTY (30) days that complies with the requirements set forth in *Singh v. Holder*, 638 F.3d 1196 (9th Cir. 2011), at which:

   a. "the government must prove by clear and convincing evidence that [petitioner] is a flight risk or a danger to the community to justify denial of bond," *Singh*, 638 F.3d at 1203, and

   b. the IJ should consider petitioner's financial circumstances or alternative conditions of release in the event petitioner is determined not to be a danger to the community and not to be so great a flight risk as to require detention without bond.

4. The Clerk of Court is directed to close the case.

IT IS SO ORDERED.

Dated:   April 16, 2026                    _____
                                           UNITED STATES DISTRICT JUDGE

2